## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA MARTINEZ, individually and on behalf of all other similarly situated individuals,<br><br>                              Plaintiff(s)<br>v.<br><br>THE MONEY SOURCE, INC., a corporation,<br><br>                              Defendant(s). | CASE NUMBER<br><br>2:19-cv-00060-SVW-E<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ash, Charles R., IV         of         Sommers Schwartz, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*          One Towne Square
248-355-0300            248-746-4001                                  17th Floor
*Telephone Number*      *Fax Number*                                  Southfield, MI 48076
crash@sommerspc.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Roberta Martinez

*Name(s) of Party(ies) Represented*        ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**
David Yeremian              of       David Yeremian & Associates, Inc.
*Designee's Name (Last Name, First Name & Middle Initial)*    535 N. Brand Blvd.
226337        818-230-8380     818-230-0308                    Suite 705
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Glendale, CA 91203
david@yeremianlaw.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:**  ☐ for failure to pay the required fee.
                ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
                ☐ for failure to complete Application: _____
                ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
                ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
                ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated  January 10, 2019                                *[signature]*
                                                       **STEPHEN V. WILSON, U.S. District Judge**