**POLSINELLI LLP**
Donald L. Samuels, SBN: 126287
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

Attorneys for Defendant,
THE MONEY SOURCE INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **ROBERTA MARTINEZ**, individually and on behalf of all other similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>**THE MONEY SOURCE, INC.**; a Corporation<br><br>        Defendant. | Case No. 2:19-cv-00060-SVW-E<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Date Action Filed: January 14, 2019<br>Trial Date: None |

Plaintiff, Roberta Martinez, and Defendant, The Money Source, Inc., hereby notify the Court that the parties have reached a settlement and are in the process of preparing and finalizing the necessary documentation. A joint stipulation for dismissal with prejudice of this action will be filed once the settlement agreement is fully executed. The parties do not anticipate it will take more than thirty (30) days to file the dismissal with the Court. Accordingly, the parties respectfully request thirty (30) days within which to file the joint stipulation of dismissal with prejudice.

| | |
|---|---|
| Dated: September 17, 2020 | Respectfully submitted,<br><br>*/s/Donald L. Samuels*<br>Donald L. Samuels (SBN: 126287)<br>dsamuels@polsinelli.com<br>Polsinelli LLP<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>Facsimile: (310) 556-1802<br><br>Attorneys For Defendant<br>THE MONEY SOURCE INC.<br><br>Kevin J. Stoops (*pro hac vice*)<br>kstoops@sommerspc.com<br>Charles R. Ash, IV (*pro hac vice*)<br>crash@sommerspc.com<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, Suite 1700<br>Southfield, Michigan 48076<br>Telephone: (248) 355-0300<br><br>DAVID YEREMIAN & ASSOCIATES, INC.<br>David Yeremian (SBN 226337)<br>david@yeremianlaw.com<br>535 N. Brand Blvd., Suite 705<br>Glendale, California 91203<br>Telephone: (818) 230-8380<br><br>*Attorneys for Plaintiff and the putative class/collective* |

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

-2-

JOINT NOTICE OF SETTLEMENT
CASE NO. 2:19-CV-00060-SVW-E

74801359.2

# CERTIFICATE OF SERVICE
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Denver County, Colorado. I am over the age of eighteen years and not a party to the within-titled action. My business address is **1401 Lawrence Street, Suite 2300, Denver, CO 80202.**

On September 17, 2020, I served the foregoing document(s) described as: **JOINT NOTICE OF SETTLEMENT**

[ ] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Polsinelli LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service in Denver, CO.

[X] (BY E-MAIL OR ELECTRONIC TRANSMISSION): Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

On the following part(ies) in this action:

| | |
|---|---|
| Kevin J. Stoops (pro hac vice) <br> kstoops@sommerspc.com <br> Charles R. Ash, IV (pro hac vice) <br> crash@sommerspc.com <br> SOMMERS SCHWARTZ, P.C. <br> One Towne Square, Suite 1700 <br> Southfield, Michigan 48076 <br> Telephone: (248) 355-0300 | DAVID YEREMIAN & ASSOCIATES, INC. <br> David Yeremian (SBN 226337) <br> david@yeremianlaw.com <br> 535 N. Brand Blvd., Suite 705 <br> Glendale, California 91203 <br> Telephone: (818) 230-8380 |

[X]   **(Federal)** I declare under penalty of perjury under the laws of the State of Colorado and under the laws of the United States of America that the above is true and correct. Executed on September 17, 2020, at Denver, Colorado.

/s/ *Monica Washington*
Monica Washington

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

74801359.2