# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **ROBERTA MARTINEZ**, individually and on behalf of all other similarly situated individuals,<br><br>     Plaintiff,<br><br>    v.<br><br>**THE MONEY SOURCE, INC.**; a Corporation<br><br>     Defendant. | Case No. 2:19-cv-00060-SVW-E<br><br>**JOINT STIPULATION OF DISMISSAL AND PROPOSED ORDER**<br><br>Date Action Filed: January 14, 2019<br>Trial Date: None |

Pursuant to Fed.R.Civ.P. 41(a)(1)(b), Plaintiff, Roberta Martinez, and Defendant, The Money Source, Inc., through their respective counsel, hereby stipulate and agree that the above-captioned matter has been fully settled and this action shall be dismissed with prejudice, each party to pay her or its own cost and attorneys' fees.  Furthermore, the parties stipulate that, subject to the Court's approval pursuant to Fed.R.Civ.P. 41(a)(2), that $3,000 of the settlement monies shall be payable to the allegedly aggrieved individuals under the California Private Attorney General Act, other than Roberta Martinez who is being otherwise compensated under the Settlement Agreement.  Those individuals are:  Fledalia DeMasco, Chang Park and Robert C. Glover, Jr.

Dated: December 14, 2020          Respectfully submitted,

/s/Kevin J. Stoops
Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Charles R. Ash, IV (*pro hac vice*)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300

DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380

*Attorneys for Plaintiff and the putative class/collective*

/s/Donald L. Samuels
Donald L. Samuels (SBN: 126287)
dsamuels@polsinelli.com
Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

*Attorneys for Defendant*
*THE MONEY SOURCE INC.*