# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **ROBERTA MARTINEZ**, individually and on behalf of all other similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**THE MONEY SOURCE, INC.**; a Corporation<br><br>　　　　Defendant. | Case No. 2:19-cv-00060-SVW-E<br><br>**ORDER**<br><br>Date Action Filed: January 14, 2019<br>Trial Date: None |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the above-captioned case shall be dismissed with prejudice, each party to pay her or its own cost and attorneys' fees, and that the amount of $3,000 shall be paid as required by law to the California Labor and Workforce Development Agency ($2,250) and to the three named individuals identified in the Stipulation (a total of $750 to be divided equally among them).

Dated this 15th day of December, 2020.

_____
Stephen V. Wilson
United States District Judge